Marrena Gable, as Conservator of Estate of Clara Promenschenkel, an Incompetent Person, Plaintiff-Appellant, v. Paul Promenschenkel, Defendant-Appellee.

Gen. No. 10,668.

Lawrence A. Smith, for appellant; Knight, Haye & Keegan, and Melvin Finer, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed April 20, 1953; released for publication May 12, 1953.